FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEC 1 3 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) NO. |
| v. | ) |
| | ) **4:18CR01019 RLW/NAB** |
| ROBERT WILFRED BOEVINGLOH, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term

   (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

   (b) "sexually explicit conduct" to mean actual or simulated--

   (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. § 2256(2)(A));

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§ 2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

> (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or
>
> (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§ 2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between in or about January 1, 2016, and on or about February 8, 2017, within the Eastern District of Missouri and elsewhere,

**ROBERT WILFRED BOEVINGLOH,**

the defendant herein, knowingly received images of child pornography using any means or facility of interstate and foreign commerce, that is, the defendant receive graphic image and video files via the Internet which contained child pornography, including, but not limited to, the following:

a. "!!new (pthc) anrb-private (anal fuck 7yr) (map) (1)(3).avi" - a graphic video file depicting, in part, a penis anally penetrating a prepubescent minor child;

b. "10 years old forced sex.mpg" - a graphic video file depicting, in part, a male performing vaginal sex on a prepubescent minor female;

c. "Dad with 3yo daughter.avi" - a graphic video file depicting, in part, a male performing vaginal and oral sex on a prepubescent minor female who appears to be a toddler; and

d. "pthc - 7yr old well licked.wmv" - a graphic video file depicting, in part, a male performing oral sex on a prepubescent minor female.

In violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
KYLE T. BATEMAN
Assistant United States Attorney